IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LACY E. LEWIS,

    Petitioner,

v.                    Case No. 1:18cv93-MW/HTC

MARK S. INCH,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 26. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S. C. § 2254, ECF No. 1, is **DENIED** without an evidentiary hearing. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 3, 2019.**

                                              s/ MARK E. WALKER
                                              **Chief United States District Judge**